UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION                                                                      21 MC 102
-------------------------------------------------------------------x
LUIS SANGUNA AND RUTH SANTOS,                               08CIV2712
              Plaintiffs,
    - against –

222 BROADWAY, LLC, 90 CHURCH STREET
LIMITED PARTNERSHIP, ALAN KASMAN
DBA KASCO, AMBIENT GROUP, INC., ANN
TAYLOR STORES CORPORATION, BATTERY
PARK CITY AUTHORITY, BELFOR USA
GROUP, INC., BLACKMON-MOORINGSTEAMATIC
CATASTOPHE, INC. D/B/A BMS
CAT, BOSTONPROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., CHASE
MANHATTAN BANK CORPORATION,
CUSHMAN & WAKEFIELD, INC.,
ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
GRUBB & ELLIS MANAGEMENT SERVICES,
HILLMAN ENVIRONMENTAL GROUP, LLC,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., KASCO RESTORATION SERVICES CO.,
LIBERTY VIEW ASSOCIATES, L.P., MERRILL
LYNCH & CO, INC., MOODY'S HOLDINGS,
INC., NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL,
INC., RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., LP,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., THE
RELATED COMPANIES, LP, THE RELATED
REALTY GROUP, INC., TOSCORP INC., UBS
FINANCIAL SERVICES, INC. F/K/A SWISS
BANK CORPORATION, VERIZON NEW YORK,
INC, WESTON SOLUTIONS, INC., WFP
TOWER B CO. G.P. CORP., WFP TOWER B
HOLDING CO., LP, WFP TOWER B. CO., L.P.,

WFP TOWERD CO. G.P. CORP., WFP TOWER D
HOLDING CO. I L.P., WFP TOWER D
HOLDING CO. II L.P., WFP TOWER D
HOLDING I G.P. CORP., AND WFP TOWER D.
CO., L.P., ET AL
                      Defendants.
-------------------------------------------------------------------------x

## ENVIROTECH CLEAN AIR'S ANSWER TO COMPLAINT BY ADOPTION

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
      May 28, 2008

                      Yours, etc.

                      FRIEDMAN, HARFENIST, LANGER & KRAUT
                      Attorneys for Defendant –Envirotech
                      3000 Marcus Avenue, Suite 2E1
                      Lake Success, New York 11042
                      (516) 775-5800

                      BY: _____
                              Heather L. Smar (4622)