UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER            :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION        :
:
:
---------------------------------------------------------------X
LUIS SANGUNA (AND RUTH SANTOS),           :   08-CV-02712-AKH
:
                      Plaintiffs,  :   **APPEARANCE**
:
  - against -                              :
:   **ELECTRONICALLY FILED**
222 BROADWAY, LLC, *et al.*,              :
:
                     Defendants. :
---------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.** and **222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.

Dated:  New York, New York          DICKSTEIN SHAPIRO LLP
       June 30, 2008

                              By:     /s/ Judith R. Cohen
                                          _____
                                      Judith R. Cohen (JC-8614)
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      Phone: (212) 277-6500
                                      Fax: (212) 277-6501

                                      *Attorney for Defendants*
                                      MERRILL LYNCH & CO., INC. and
                                     222 BROADWAY, LLC