Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendants Merrill Lynch & Co., Inc. and 222 Broadway, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER           : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION       :
:
:
:
-------------------------------------------------------------X
LUIS SANGUNA (AND RUTH SANTOS),          : 08-CV-02712-AKH
:
                           Plaintiffs,   : **NOTICE OF ADOPTION**
                                         : **OF ANSWER**
        - against -                      : **TO MASTER COMPLAINT**
                                         : **BY MERRILL LYNCH**
222 BROADWAY, LLC, *et al.*,             : **AND 222 BROADWAY**
                                         :
                           Defendants.   : **ELECTRONICALLY FILED**
-------------------------------------------------------------X

PLEASE TAKE NOTICE THAT Defendants Merrill Lynch & Co., Inc. ("Merrill Lynch") and 222 Broadway, LLC ("222 Broadway"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their respective Answers to Master Complaint, both dated August 3, 2007, which were filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, Merrill Lynch and 222 Broadway demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

DOCSNY-314397

2

| | |
|---|---|
| Dated: New York, New York<br>June 30, 2008 | DICKSTEIN SHAPIRO LLP<br><br>By:   /s/ Judith R. Cohen<br>_____<br>Robert J. Higgins (RH-6477)<br>Judith R. Cohen (JC-8614)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Phone: (212) 277-6500<br>Fax: (212) 277-6501<br><br>*Attorneys for Defendants*<br>MERRILL LYNCH & CO., INC. and<br>222 BROADWAY, LLC |

2